IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THELMA WILLIAMS and
ANOTONIO RUDLEY                                                            PLAINTIFFS

v.                              No. 4:15-cv-734-DPM-BD

J. MARTIN, Deputy, Pulaski County
Detention Facility, *et al.*                                               DEFENDANTS

ORDER

Unopposed recommendation, № 13, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Rudley's claims are dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 February 2016