**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**THELMA WILLIAMS,
ANTONIO RUDLEY**                                                                                   **PLAINTIFF**

**V.**                          **CASE NO. 4:15-CV-00734 DPM/BD**

**J. MARTIN, et al.**                                                                               **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.      Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge D.P. Marshall Jr. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. All objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.     Discussion:**

Plaintiff Thelma Williams filed this lawsuit on November 13, 2015, and is proceeding *in forma pauperis* (IFP).[1] (Docket entry #1) Mr. Williams was incarcerated in the Pulaski County Detention Center ("Detention Center") at the time he filed this case,

---

[1] Plaintiff Antonio Rudley filed this lawsuit with Mr. Williams; however, all of Mr. Rudley's claims have been dismissed. (#14)

but he filed a notice of his change of address when he was released from the Detention Center. (#7) Upon his release, Mr. Williams was ordered to submit a completed non-prisoner IFP application within 30 days of January 20, 2016. (#12) To date, he has failed to comply with the Court's January 20, 2016 Order, and the time for doing so has passed. The Court specifically cautioned Mr. Williams that his claims could be dismissed if he failed to comply with the Court's Order.

## III. Conclusion:

The Court recommends that Mr. William's claims be DISMISSED, without prejudice based on his failure to comply with the Court's January 20, 2016 Order.

IT IS SO ORDERED, this 22nd day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE