IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THELMA WILLIAMS                                          PLAINTIFF

v.                      No. 4:15-cv-734-DPM

J. MARTIN, Deputy, Pulaski County
Detention Facility, *et al.*                          DEFENDANTS

ORDER

Unopposed recommendation, № 15, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Williams's claims are dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 March 2016