IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THELMA WILLIAMS and
ANOTONIO RUDLEY                                                            PLAINTIFFS

v.                        No. 4:15-cv-734-DPM

J. MARTIN, Deputy, Pulaski County
Detention Facility, *et al.*                                              DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 March 2016