## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**THELMA WILLIAMS,**
**ANTONIO RUDLEY**                                                          **PLAINTIFF**

**V.**                               **CASE NO. 4:15-CV-00734 DPM/BD**

**J. MARTIN, et al.**                                                       **DEFENDANTS**

### RECOMMENDED DISPOSITION

**I.     Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge D.P.

Marshall Jr.  You may file written objections to this Recommendation.  If you file

objections, they must be specific and must include the factual or legal basis for your

objection.

Your objections must be received in the office of the United States District Court

Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Marshall can adopt this Recommendation without

independently reviewing the record.  By not objecting, you may also waive any right to

appeal questions of fact.

II.    **Discussion:**

Plaintiff Thelma Williams filed this lawsuit on November 30, 2015.[1]  (Docket

entry #1)  Mr. Williams filed a notice of his change of address when he was released from

the Pulaski County Detention Center ("Detention Center").  (#7)  The Court ordered Mr.

Williams to submit a non-prisoner *in forma pauperis* ("IFP") application within 30 days

of January 20, 2016.  (#12)  Mr. Williams missed that deadline, and the case was

dismissed.  (#16)

Mr. Williams filed a notice of appeal that was construed as a motion to reopen the

case.  The case was reopened in order to give Mr. Williams an opportunity to file a non-

prisoner IFP.  (#18, #21)  He did file a motion to proceed IFP (#22), but the Court denied

the motion because Mr. Williams was subject to the so-called "three-strikes" rule at the

time he filed the lawsuit.  Thus, Mr. Williams was ordered to pay the $400 filing fee by

April 29, 2016.[2]  (#23)

To date, Mr. Williams has failed to comply with the Court's March 29, 2016

Order, and the time for doing so has passed.  The Court specifically cautioned Mr.

---

[1] Antonio Rudley was also a named Plaintiff in complaint.  Mr. Rudley's claims, however, have already been dismissed.  (#14)

[2] The following dismissals count as "strikes" against Mr. Williams for purposes of determining eligibility for IFP status: *Williams v. Gibson*, E.D. Ark. Case No. 5:07cv00178 (dismissed August 13, 2007);*Williams v. Bennett*, W.D. Ark. Case No. 5:07cv00179 (dismissed August 17, 2007); *Williams v. Smallwood*, 5:07cv00181 (dismissed September 13, 2007).

Williams that his claims could be dismissed if he failed to comply with the Court's Order by paying the filing fee.

### III. <u>Conclusion</u>:

The Court recommends that Mr. Williams's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's March 29, 2016 Order.

DATED this 16th day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE