IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THELMA WILLIAMS                                                    PLAINTIFF

v.                          No. 4:15-cv-734-DPM

J. MARTIN, Deputy, Pulaski County
Detention Facility, *et al.*                                       DEFENDANTS

ORDER

Unopposed recommendation, № 24, adopted. FED. R. CIV. P. 72(b) (1983

addition to advisory committee notes).   Williams's complaint will be

dismissed without prejudice.  LOCAL RULE 5.5(c)(2).

So Ordered.


_____
D.P. Marshall Jr.
United States District Judge

28 June 2016